# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 14-cv-00824-RM-MJW

BIG O TIRES, LLC, a Nevada limited liability company,

      Plaintiff,

v.

BLACK TOAD ENTERPRISES, LLC, an Arizona limited liability company and DANIEL E. GROMAN, KELLE C. GROMAN, JAMES R. GROMAN AND CECELIA GROMAN,

      Defendants.

---

## ORDER

---

THIS MATTER comes before the Court upon Plaintiff's Unopposed Motion to Withdraw Plaintiff Big O Tires, LLC's Motion for Preliminary Injunction and to Vacate Hearing (ECF No. 24). The Court, being fully advised in the premises, hereby GRANTS Plaintiff's Motion to Withdraw the Motion for Preliminary Injunction. The hearing on this matter currently filed May 6, 2014 (ECF No. 13). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

1. Plaintiff's Unopposed Motion to Withdraw Plaintiff Big O Tires, LLC's Motion for Preliminary Injunction and to Vacate Hearing (ECF No. 24) is GRANTED; and

2. The hearing currently scheduled for May 13, 2014 at 9:00 A.M. is hereby VACATED.

    Dated this 8th day of May, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge