# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   14-cv-00824-RM-MJW | FTR - Courtroom A-502 |
| **Date:**   July 8, 2014 | Courtroom Deputy, Emily Seamon |
| *Parties* | *Counsel* |
| BIG O TIRES, LLC, a Nevada limited liability company, | Harold Bruno |
| Plaintiff, | |
| v. | |
| BLACK TOAD ENTERPRISES, LLC, an Arizona limited liability company, | |
| DANIEL E. GROMAN, | Pro Se (by telephone) |
| KELLE C. GROMAN, | Pro Se (by telephone) |
| JAMES R. GROMAN, and | Pro Se (by telephone) |
| CECILIA GROMAN, | Pro Se (by telephone) |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   SHOW CAUSE HEARING / STATUS CONFERENCE
**Court in Session:**   11:02 a.m.
Court calls case.  Appearances of counsel and Pro Se defendants.

Court notes that no attorney has entered his or her appearance on behalf of Black Toad Enterprises, LLC.

Court will enter a recommendation to Judge Moore that default enter against Black Toad Enterprises, LLC.

**It is ORDERED:**   Plaintiff's Oral Motion to Withdraw Plaintiff's Motion for Default Judgment is **GRANTED**.  Plaintiff's Motion for Default Judgment [Doc. No. 45, filed July 7, 2014] is **WITHDRAWN WITHOUT PREJUDICE, with leave to re-file once default has been entered against Black Toad Enterprises, LLC.**

Court notes bankruptcy proceedings have been filed by all four individual defendants.  Court reminds counsel and parties that this civil action is stayed as to the individual defendants only.

Individual defendants provide updates to the Court regarding the bankruptcy filings.

Hearing concluded.

**Court in recess:**     **11:13 a.m.**
Total In-Court Time 00:11

To order a transcript of this proceeding, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.